STATE of Missouri,
Plaintiff/Respondent,

v.

Wilbert PAYTON, Defendant/Appellant.

Wilbert PAYTON, Movant/Appellant,

v.

STATE of Missouri,
Respondent/Respondent.

Nos. 58091, 58172 and 60031.

Missouri Court of Appeals,
Eastern District,
Division One.

March 24, 1992.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 29, 1992.

Application to Transfer Denied
June 2, 1992.

Deborah B. Wafer, St. Louis, for defendant/appellant.

William L. Webster, Atty. Gen., Robert P. Sass, Asst. Atty. Gen., Jefferson City, for plaintiff/respondent.

## ORDER

PER CURIAM.

Defendant appeals from his conviction by a jury of sodomy in violation of § 566.060, RSMo.Supp.1991. He was sentenced by the court as a prior and persistent sexual offender to 30 years imprisonment. We affirm. The trial court did not err, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).